UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY W. REED,                    )<br>                                                     )<br>                    Petitioner,      )<br>        vs.                                    )     No. 1:05-cv-1594-RLY-TAB<br>                                                     )<br>TOM HANLON,                            )<br>                                                     )<br>                    Respondent.    )  | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: __03/23/2006__

                                                                                          _____
                                                                                          RICHARD L. YOUNG, JUDGE
Laura Briggs, Clerk                                                       United States District Court
United States District Court                                         Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Anthony W. Reed, DOC # 930206
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770